1   J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*
2   Annie S. Wang (SBN 243027)
    *annie@coombspc.com*
3   J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Avenue, Suite 202
4   Glendale, California 91206
    Telephone:  (818) 500-3200
5   Facsimile:  (818) 500-3201

6   Attorneys for Plaintiff
    Warner Bros. Home Entertainment Inc.
7
    John R. Crossan
8   *jrc@crossaniplaw.com*
    Crossan Intellectual Property Law, LLC
9   444 N. Michigan Ave., #2600
    Chicago, IL 60611-3903
10  Telephone:  (312) 670-6860
    Facsimile:  (312) 640-0770
11
    Attorney for Defendant Tokunbo Beckley,
12  an individual

13

14                  UNITED STATES DISTRICT COURT

15                 CENTRAL DISTRICT OF CALIFORNIA

16  Warner Bros. Home Entertainment Inc.,    )   Case No.: CV13-0876 BRO (ANx)
                                             )
17                          Plaintiff,       )   **CONSENT DECREE AND**
                                             )   **PERMANENT  INJUNCTION AS**
18            v.                             )   **TO DEFENDANT BECKLEY**
                                             )
19  James Campbell, an individual and d/b/a  )
    Amazon.com Seller affordablepics;        )
20  Tokunbo Beckley, an individual, and      )
    Does 1-10, inclusive,                    )
21                                           )
                            Defendants.      )
22  _____ )

23         The Court, having read and considered the Joint Stipulation for Entry of

24  Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

25  Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Tokunbo Beckley, an

26  individual ("Defendant"), in this action, and good cause appearing therefore, hereby:

27         ORDERS that based on the Parties' stipulation and only as to Defendant, his

28

successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff represents that it owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily, or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

        a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

        b)      Enabling, facilitating, permitting, assisting, soliciting, encouraging,

abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)    Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)    Each side shall bear its own fees and costs of suit.

6)    Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice as to Defendant Beckley only.  All claims against co-Defendant Campbell remain and are not dismissed by this stipulation.

7)    This stipulated Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)    The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)    The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant breach the terms of the Settlement Agreement.

/ / /

11)     This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: June 11, 2013

_____
Hon. Beverly Reid O'Connell
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
          J. Andrew Coombs
          Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home
Entertainment Inc.

Crossan Intellectual Property Law, LLC

By: _____
          John R. Crossan
Attorney for Defendant Tokunbo Beckley,
an individual

# EXHIBIT A

## COPYRIGHT REGISTRATIONS

| Registration No. | Description | Copyright Claimant |
| --- | --- | --- |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |

| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
|---|---|---|
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |

| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
|---|---|---|
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |

| | | |
|---|---|---|
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-805-604 | THE BIG BANG THEORY: The Skank Reflex Analysis | WBEI |
| PA 1-829-818 | THE BIG BANG THEORY: The Infestation Hypothesis | WBEI |
| PA 1-829-829 | THE BIG BANG THEORY: The Pulled Groin Extrapolation | WBEI |
| PA 1-830-263 | THE BIG BANG THEORY: The Wiggly Finger Catalyst | WBEI |
| PA 1-829-822 | THE BIG BANG THEORY: The Russian Rocket Reaction | WBEI |
| PA 1-829-840 | THE BIG BANG THEORY: The Rhinitis Revelation | WBEI |
| PA 1-829-821 | THE BIG BANG THEORY: The Good Guy Fluctuation | WBEI |
| PA 1-829-844 | THE BIG BANG THEORY: The Isolation Permutation | WBEI |
| PA 1-829-827 | THE BIG BANG THEORY: The Ornithophobia Diffusion | WBEI |
| PA 1-829-825 | THE BIG BANG THEORY: The Flaming Spittoon Acquisition | WBEI |
| PA 1-829-846 | THE BIG BANG THEORY: The Speckerman Recurrence | WBEI |
| PA 1-829-848 | THE BIG BANG THEORY: The Shiny Trinket Maneuver | WBEI |
| PA 1-829-841 | THE BIG BANG THEORY: The Recombination Hypothesis | WBEI |

| PA 1-829-820 | THE BIG BANG THEORY: The Beta Test Initiation | WBEI |
|---|---|---|
| PA 1-829-805 | THE BIG BANG THEORY: The Friendship Contraction | WBEI |
| PA 1-829-830 | THE BIG BANG THEORY: The Vacation Solution | WBEI |
| PA 1-829-843 | THE BIG BANG THEORY: The Rothman Disintegration | WBEI |
| PA 1-829-828 | THE BIG BANG THEORY: The Werewolf Transformation | WBEI |
| PA 1-829-849 | THE BIG BANG THEORY: The Weekend Vortex | WBEI |
| PA 1-829-826 | THE BIG BANG THEORY: The Transporter Malfunction | WBEI |
| PA 1-829-803 | THE BIG BANG THEORY: The Hawking Excitation | WBEI |
| PA 1-829-819 | THE BIG BANG THEORY: The Stag Convergence | WBEI |
| PA 1-829-801 | THE BIG BANG THEORY: The Launch Acceleration | WBEI |
| PA 1-805-577 | THE BIG BANG THEORY: The Countdown Reflection | WBEI |
| PA 1-709-262 | BOARDWALK EMPIRE: Boardwalk Empire | Home Box Office, Inc. ("HBO") |
| PA 1-709-258 | BOARDWALK EMPIRE: The Ivory Tower | HBO |
| PA 1-709-256 | BOARDWALK EMPIRE: Broadway Limited | HBO |
| PA 1-709-260 | BOARDWALK EMPIRE: Anastasia | HBO |
| PA 1-709-265 | BOARDWALK EMPIRE: Nights In Ballygran | HBO |
| PA 1-716-941 | BOARDWALK EMPIRE: Family Limitation | HBO |
| PA 1-716-942 | BOARDWALK EMPIRE: Home | HBO |
| PA 1-716-946 | BOARDWALK EMPIRE: Hold Me In Paradise | HBO |
| PA 1-719-464 | BOARDWALK EMPIRE: Belle Femme | HBO |
| PA 1-719-463 | BOARDWALK EMPIRE: The Emerald City | HBO |
| PA 1-719-466 | BOARDWALK EMPIRE: Paris Green | HBO |
| PA 1-721-376 | BOARDWALK EMPIRE: A Return To Normalcy | HBO |
| PA 1-765-830 | BOARDWALK EMPIRE: 21 | HBO |
| PA 1-765-841 | BOARDWALK EMPIRE: Ourselves Alone | HBO |
| PA 1-765-838 | BOARDWALK EMPIRE: Dangerous Maid | HBO |
| PA 1-769-620 | BOARDWALK EMPIRE:: What Does The Bee Do? | HBO |

| PA 1-769-650 | BOARDWALK EMPIRE: Gimcrack & Bunkum | HBO |
| PA 1-769-789 | BOARDWALK EMPIRE: The Age Of Reason | HBO |
| PA 1-769-786 | BOARDWALK EMPIRE: Peg Of Old | HBO |
| PA 1-774-955 | BOARDWALK EMPIRE: Two Boats And A Lifeguard | HBO |
| PA 1-774-428 | BOARDWALK EMPIRE: Battle Of The Century | HBO |
| PA 1-772-465 | BOARDWALK EMPIRE: Georgia Peaches | HBO |
| PA 1-772-461 | BOARDWALK EMPIRE: Under God's Power She Flourishes | HBO |
| PA 1-776-120 | BOARDWALK EMPIRE: To The Lost | HBO |
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | WBEI |
| PA 1-830-753 | CHUCK: Chuck Versus The Suitcase | WBEI |
| PA 1-830-764 | CHUCK: Chuck Versus The Cubic Z | WBEI |
| PA 1-830-744 | CHUCK: Chuck Versus The Coup d'Etat | WBEI |
| PA 1-830-746 | CHUCK: Chuck Versus The Couch Lock | WBEI |
| PA 1-830-691 | CHUCK: Chuck Versus The Balcony | WBEI |
| PA 1-830-693 | CHUCK: Chuck Versus The Gobbler | WBEI |
| PA 1-830-680 | CHUCK: Chuck Versus The Push Mix | WBEI |
| PA 1-830-740 | CHUCK: Chuck Versus The Seduction Impossible | WBEI |
| PA 1-830-738 | CHUCK: Chuck Versus The Cat Squad | WBEI |
| PA 1-830-695 | CHUCK: Chuck Versus The Masquerade | WBEI |
| PA 1-830-742 | CHUCK: Chuck Versus The First Bank Of Evil | WBEI |
| PA 1-830-704 | CHUCK: Chuck Versus Chuck Versus The A-Team | WBEI |
| PA 1-830-685 | CHUCK: Chuck Versus The Muuurder | WBEI |
| PA 1-830-743 | CHUCK: Chuck Versus The Wedding Planner | WBEI |
| PA 1-830-754 | CHUCK: Chuck Versus Agent X | WBEI |
| PA 1-830-752 | CHUCK: Chuck Versus The Last Details | WBEI |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | WBEI |
| PA 1-805-616 | THE CLOSER: Unknown Trouble | WBEI |
| PA 1-805-629 | THE CLOSER: The Last Word | WBEI |

| | | |
|---|---|---|
| PA 741-695 | FRIENDS: The One Where Monica Gets a Roommate | Warner Bros. Entertainment Inc., successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP ("WBEI") |
| PA 741-697 | FRIENDS: The One with the Sonogram at the End | WBEI |
| PA 741-696 | FRIENDS: The One with the Thumb | WBEI |
| PA 741-699 | FRIENDS: The One with George Stephanopoulos | WBEI |
| PA 741-698 | FRIENDS: The One with the East German Laundry Detergent | WBEI |
| PA 741-700 | FRIENDS: The One with the Butt | WBEI |
| PA 741-701 | FRIENDS: The One with the Blackout | WBEI |
| PA 741-702 | FRIENDS: The One Where Nana Dies Twice | WBEI |
| PA 741-704 | FRIENDS: The One Where Underdog Gets Away | WBEI |
| PA 741-706 | FRIENDS: The One with the Monkey | WBEI |
| PA 741-705 | FRIENDS: The One with Mrs. Bing | WBEI |
| PA 741-703 | FRIENDS: The One with the Dozen Lasagnas | WBEI |
| PA 741-709 | FRIENDS: The One with the Boobies | WBEI |
| PA 741-712 | FRIENDS: The One with the Candy Hearts | WBEI |
| PA 741-708 | FRIENDS: The One with the Stoned Guy | WBEI |
| PA 741-710 | FRIENDS: The One with Two Parts: Part 1 | WBEI |
| PA 741-711 | FRIENDS: The One with Two Parts: Part 2 | WBEI |
| PA 741-707 | FRIENDS: The One with all the Poker | WBEI |
| PA 741-713 | FRIENDS: The One Where the Monkey Gets Away | WBEI |
| PA 741-714 | FRIENDS: The One with the Evil Orthodontist | WBEI |
| PA 750-485 | FRIENDS: The One with the Fake Monica | WBEI |
| PA 750-486 | FRIENDS: The One with the Ick Factor | WBEI |
| PA 750-484 | FRIENDS: The One with the Birth | WBEI |
| PA 750-483 | FRIENDS: The One where Rachel Finds Out | WBEI |
| PA 789-111 | FRIENDS: The One with Ross's New Girlfriend | WBEI |
| PA 775-415 | FRIENDS: The One with the Breast Milk | WBEI |
| PA 775-416 | FRIENDS: The One Where Heckles Dies | WBEI |

| PA 775-418 | FRIENDS: The One with Phoebe's Husband | WBEI |
|---|---|---|
| PA 775-417 | FRIENDS: The One with Five Steaks and an Eggplant | WBEI |
| PA 775-419 | FRIENDS: The One with the Baby on the Bus | WBEI |
| PA 775-420 | FRIENDS: The One Where Ross Finds Out | WBEI |
| PA 775-421 | FRIENDS: The One with the List | WBEI |
| PA 775-422 | FRIENDS: The One with Phoebe's Dad | WBEI |
| PA 775-424 | FRIENDS: The One with Russ | WBEI |
| PA 775-425 | FRIENDS: The One with the Lesbian Wedding | WBEI |
| PA 775-432 | FRIENDS: The One After the Superbowl: Part 1 and 2 | WBEI |
| PA 775-423 | FRIENDS: The One with the Prom Video | WBEI |
| PA 775-426 | FRIENDS: The One Where Ross and Rachel… You Know | WBEI |
| PA 775-427 | FRIENDS: The One Where Joey Moves Out | WBEI |
| PA 775-428 | FRIENDS: The One Where Eddie Moves In | WBEI |
| PA 775-429 | FRIENDS: The One Where Dr. Ramoray Dies | WBEI |
| PA 775-430 | FRIENDS: The One Where Eddie Won't Go | WBEI |
| PA 775-431 | FRIENDS: The One Where Old Yeller Dies | WBEI |
| PA 775-836 | FRIENDS: The One with the Bullies | WBEI |
| PA 775-837 | FRIENDS: The One with the Two Parties | WBEI |
| PA 775-839 | FRIENDS: The One with the Chicken Pox | WBEI |
| PA 775-838 | FRIENDS: The One with Barry and Mindy's Wedding | WBEI |
| PA 805-681 | FRIENDS: The One with the Princess Leia Fantasy | WBEI |
| PA 805-680 | FRIENDS: The One Where No One's Ready | WBEI |
| PA 805-679 | FRIENDS: The One with the Jam | WBEI |
| PA 805-678 | FRIENDS: The One with the Metaphorical Tunnel | WBEI |
| PA 806-033 | FRIENDS: The One with Frank Jr. | WBEI |
| PA 806-034 | FRIENDS: The One with the Flashback | WBEI |
| PA 806-035 | FRIENDS: The One with the Race Car Bed | WBEI |
| PA 806-036 | FRIENDS: The One with the Poking Device | WBEI |
| PA 806-037 | FRIENDS: The One with the Football | WBEI |
| PA 823-904 | FRIENDS: The One Where Rachel Quits | WBEI |
| PA 824-339 | FRIENDS: The One Where Chandler Can't Remember Which Sister | WBEI |
| PA 824-338 | FRIENDS: The One with All the Jealousy | WBEI |
| PA 824-340 | FRIENDS: The One where Monica and Richard Are Just Friends | WBEI |
| PA 824-354 | FRIENDS: The One with Phoebe's Ex-Partner | WBEI |

| PA 824-353 | FRIENDS: The One Where Ross and Rachel Take a Break | WBEI |
| PA 824-355 | FRIENDS: The One the Morning After | WBEI |
| PA 824-357 | FRIENDS: The One With the Ski Trip | WBEI |
| PA 824-356 | FRIENDS: The One with the Hypnosis Tape | WBEI |
| PA 824-621 | FRIENDS: The One with the Tiny T-Shirt | WBEI |
| PA 824-622 | FRIENDS: The One with the Dollhouse | WBEI |
| PA 824-623 | FRIENDS: The One with the Chick and the Duck | WBEI |
| PA 838-151 | FRIENDS: The One with the Screamer | WBEI |
| PA 838-153 | FRIENDS: The One with Ross's Thing | WBEI |
| PA 838-152 | FRIENDS: The One with the Ultimate Fighting Champion | WBEI |
| PA 838-154 | FRIENDS: The One at the Beach | WBEI |
| PA 853-984 | FRIENDS: The One with the Jellyfish | WBEI |
| PA 853-985 | FRIENDS: The One with the Cat | WBEI |
| PA 853-986 | FRIENDS: The One with the 'Cuffs | WBEI |
| PA 853-987 | FRIENDS: The One with the Ballroom Dancing | WBEI |
| PA 854-172 | FRIENDS: The One with Joey's New Girlfriend | WBEI |
| PA 854-173 | FRIENDS: The One with the Dirty Girl | WBEI |
| PA 854-174 | FRIENDS: The One Where Chandler Crosses the Line | WBEI |
| PA 854-175 | FRIENDS: The One with Chandler in a Box | WBEI |
| PA 854-250 | FRIENDS: The One Where They're Going to a Party! | WBEI |
| PA 854-249 | FRIENDS: The One with the Girl from Poughkeepsie | WBEI |
| PA 872-595 | FRIENDS: The One with Phoebe's Uterus | WBEI |
| PA 872-596 | FRIENDS: The One with the Embryos | WBEI |
| PA 872-597 | FRIENDS: The One with Rachel's Crush | WBEI |
| PA 872-647 | FRIENDS: The One with Joey's Dirty Day | WBEI |
| PA 872-648 | FRIENDS: The One with All the Rugby | WBEI |
| PA 873-051 | FRIENDS: The One with the Fake Party | WBEI |
| PA 873-052 | FRIENDS: The One with the Free Porn | WBEI |
| PA 873-119 | FRIENDS: The One with Rachel's New Dress | WBEI |
| PA 873-118 | FRIENDS: The One with All the Haste | WBEI |
| PA 873-120 | FRIENDS: The One with All the Wedding Dresses | WBEI |
| PA 886-940 | FRIENDS: The One with the Invitation | WBEI |
| PA 886-941 | FRIENDS: The One with the Worst Best Man Ever | WBEI |
| PA 886-942 | FRIENDS: The One with Ross's Wedding: Part 1-2 | WBEI |
| PA 903-501 | FRIENDS: The One After Ross Says Rachel | WBEI |

| | | |
|---|---|---|
| PA 903-502 | FRIENDS: The One with All the Kissing | WBEI |
| PA 903-503 | FRIENDS: The One Hundredth | WBEI |
| PA 903-504 | FRIENDS: The One Where Phoebe Hates PBS | WBEI |
| PA 903-929 | FRIENDS: The One with the Kips | WBEI |
| PA 903-932 | FRIENDS: The One with the Yeti | WBEI |
| PA 903-931 | FRIENDS: The One Where Ross Moves In | WBEI |
| PA 903-930 | FRIENDS: The One with All the Thanksgivings | WBEI |
| PA 918-650 | FRIENDS: The One with Ross' Sandwich | WBEI |
| PA 918-651 | FRIENDS: The One with the Inappropriate Sister | WBEI |
| PA 918-340 | FRIENDS: The One with All the Resolutions | WBEI |
| PA 918-341 | FRIENDS: The One with Chandler's Work Laugh | WBEI |
| PA 918-547 | FRIENDS: The One with Joey's Bag | WBEI |
| PA 918-548 | FRIENDS: The One Where Everybody Finds Out | WBEI |
| PA 918-549 | FRIENDS: The One with the Girl Who Hits Joey | WBEI |
| PA 918-550 | FRIENDS: The One with the Cop | WBEI |
| PA 929-814 | FRIENDS: The One with Rachel's Inadvertent Kiss | WBEI |
| PA 929-884 | FRIENDS: The One Where Rachel Smokes | WBEI |
| PA 929-885 | FRIENDS: The One Where Ross Can't Flirt | WBEI |
| PA 929-886 | FRIENDS: The One with the Ride-Along | WBEI |
| PA 936-661 | FRIENDS: The One with the Ball | WBEI |
| PA 936-662 | FRIENDS: The One with Joey's Big Break | WBEI |
| PA 936-663 | FRIENDS: The One in Vegas: Part I & II | WBEI |
| PA 947-241 | FRIENDS: The One After Vegas | WBEI |
| PA 947-240 | FRIENDS: The One Where Ross Hugs Rachel | WBEI |
| PA 947-239 | FRIENDS: The One with Ross's Denial | WBEI |
| PA 958-084 | FRIENDS: The One Where Joey Loses His Insurance | WBEI |
| PA 977-638 | FRIENDS: The One with Joey's Porsche | WBEI |
| PA 958-087 | FRIENDS: The One on the Last Night | WBEI |
| PA 958-086 | FRIENDS: The One Where Phoebe Runs | WBEI |
| PA 958-085 | FRIENDS: The One with Ross' Teeth | WBEI |
| PA 971-093 | FRIENDS: The One Where Ross Got High | WBEI |
| PA 971-094 | FRIENDS: The One with the Routine | WBEI |
| PA 981-598 | FRIENDS: The One with the Apothecary Table | WBEI |
| PA 971-095 | FRIENDS: The One with the Joke | WBEI |
| PA 982-983 | FRIENDS: The One with Rachel's Sister | WBEI |
| PA 982-985 | FRIENDS: The One Where Chandler Can't Cry | WBEI |
| PA 982-984 | FRIENDS: The One that Could Have Been: Part 1-2 | WBEI |
| PA 971-096 | FRIENDS: The One with Unagi | WBEI |

| | | |
|---|---|---|
| PA 971-097 | FRIENDS: The One Where Ross Dates a Student | WBEI |
| PA 971-427 | FRIENDS: The One with Joey's Fridge | WBEI |
| PA 982-601 | FRIENDS: The One with Mac and CHEESE | WBEI |
| PA 982-988 | FRIENDS: The One Where Ross Meets Elizabeth's Dad | WBEI |
| PA 982-987 | FRIENDS: The One Where Paul's the Man | WBEI |
| PA 982-986 | FRIENDS: The One with the Ring | WBEI |
| PA 983-070 | FRIENDS: The One with the Proposal: Part 1-2 | WBEI |
| PA 999-614 | FRIENDS: The One with Monica's Thunder | WBEI |
| PA 999-615 | FRIENDS: The One with Rachel's Book | WBEI |
| PA 999-617 | FRIENDS: The One with Phoebe's Cookies | WBEI |
| PA 999-616 | FRIENDS: The One with Rachel's Assistant | WBEI |
| PA 1-033-420 | FRIENDS: The One with the Engagement Picture | WBEI |
| PA 1-033-419 | FRIENDS: The One with the Nap Partners | WBEI |
| PA 1-033-418 | FRIENDS: The One with Ross' Library Book | WBEI |
| PA 1-033-421 | FRIENDS: The One Where Chandler Doesn't Like Dogs | WBEI |
| PA 1-048-077 | FRIENDS: The One with All the Candy | WBEI |
| PA 1-048-078 | FRIENDS: The One with the Holiday Armadillo | WBEI |
| PA 1-021-721 | FRIENDS: The One with All the Cheesecakes | WBEI |
| PA 1-021-722 | FRIENDS: The One Where They're Up All Night | WBEI |
| PA 1-021-723 | FRIENDS: The One Where Rosita Dies | WBEI |
| PA 1-021-724 | FRIENDS: The One Where They All Turn Thirty | WBEI |
| PA 1-021-726 | FRIENDS: The One with Joey's New Brain | WBEI |
| PA 1-021-727 | FRIENDS: The One with the Truth About London | WBEI |
| PA 1-021-728 | FRIENDS: The One with the Cheap Wedding Dress | WBEI |
| PA 1-021-729 | FRIENDS: The One with Joey's Award | WBEI |
| PA 1-041-435 | FRIENDS: The One with Ross and Monica's Cousin | WBEI |
| PA 1-041-436 | FRIENDS: The One with Rachel's Big Kiss | WBEI |
| PA 1-036-645 | FRIENDS: The One with the Vows | WBEI |
| PA 1-036-646 | FRIENDS: The One with Chandler's Dad | WBEI |
| PA 1-041-437 | FRIENDS: The One with Monica and Chandler's Wedding: Part 1-2 | WBEI |
| PA 1-048-079 | FRIENDS: The One After I Do | WBEI |
| PA 1-048-195 | FRIENDS: The One with the Red Sweater | WBEI |
| PA 1-048-196 | FRIENDS: The One Where Rachel Tells… | WBEI |
| PA 1-048-198 | FRIENDS: The One with the Videotape | WBEI |
| PA 1-048-197 | FRIENDS: The One with Rachel's Date | WBEI |

| | | |
|---|---|---|
| PA 1-064-551 | FRIENDS: The One with the Halloween Party | WBEI |
| PA 1-064-552 | FRIENDS: The One with the Stain | WBEI |
| PA 1-064-572 | FRIENDS: The One with the Stripper | WBEI |
| PA 1-064-573 | FRIENDS: The One with the Rumor | WBEI |
| PA 1-068-676 | FRIENDS: The One with Monica's Boots | WBEI |
| PA 1-068-677 | FRIENDS: The One with Ross's Step Forward | WBEI |
| PA 1-068-613 | FRIENDS: The One Where Joey Dates Rachel | WBEI |
| PA 1-068-614 | FRIENDS: The One Where Chandler Takes a Bath | WBEI |
| PA 1-068-942 | FRIENDS: The One with the Secret Closet | WBEI |
| PA 1-068-943 | FRIENDS: The One with the Birthing Video | WBEI |
| PA 1-079-280 | FRIENDS: The One Where Joey Tells Rachel | WBEI |
| PA 1-079-423 | FRIENDS: The One with the Tea Leaves | WBEI |
| PA 1-078-820 | FRIENDS: The One in Massapequa | WBEI |
| PA 1-092-616 | FRIENDS: The One with Joey's Interview | WBEI |
| PA 1-078-890 | FRIENDS: The One with the Baby Shower | WBEI |
| PA 1-078-891 | FRIENDS: The One with the Cooking Class | WBEI |
| PA 1-078-889 | FRIENDS: The One Where Rachel is Late | WBEI |
| PA 1-096-096 | FRIENDS: The One Where Rachel Has a Baby: Part 1 | WBEI |
| PA 1-096-093 | FRIENDS: The One Where Rachel Has a Baby: Part 2 | WBEI |
| PA 1-097-335 | FRIENDS: The One Where No One Proposes | WBEI |
| PA 1-097-336 | FRIENDS: The One Where Emma Cries | WBEI |
| PA 1-097-338 | FRIENDS: The One with the Pediatrician | WBEI |
| PA 1-097-337 | FRIENDS: The One with the Sharks | WBEI |
| PA 1-097-339 | FRIENDS: The One with Phoebe's Birthday Dinner | WBEI |
| PA 1-097-340 | FRIENDS: The One with the Male Nanny | WBEI |
| PA 1-110-496 | FRIENDS: The One with Ross' Inappropriate Song | WBEI |
| PA 1-110-495 | FRIENDS: The One with Rachel's Other Sister | WBEI |
| PA 1-110-494 | FRIENDS: The One with Christmas in Tulsa | WBEI |
| PA 1-127-950 | FRIENDS: The One Where Rachel Goes Back to Work | WBEI |
| PA 1-127-949 | FRIENDS: The One with Phoebe's Rats | WBEI |
| PA 1-127-951 | FRIENDS: The One Where Monica Sings | WBEI |
| PA 1-127-954 | FRIENDS: The One with the Blind Date | WBEI |
| PA 1-127-953 | FRIENDS: The One with the Mugging | WBEI |
| PA 1-127-952 | FRIENDS: The One with the Boob Job | WBEI |
| PA 1-198-853 | FRIENDS: The One with the Memorial Service | WBEI |
| PA 1-198-849 | FRIENDS: The One with the Lottery | WBEI |
| PA 1-198-852 | FRIENDS: The One with Rachel's Dream | WBEI |

| | | |
|---|---|---|
| PA 1-198-863 | FRIENDS: The One with the Soap Opera Party | WBEI |
| PA 1-198-862 | FRIENDS: The One with the Fertility Test | WBEI |
| PA 1-197-156 | FRIENDS: The One with the Donor | WBEI |
| PA 1-148-756 | FRIENDS: The One in Barbados: Part 1 and 2 | WBEI |
| PA 1-193-101 | FRIENDS: The One After Joey and Rachel Kiss | WBEI |
| PA 1-193-099 | FRIENDS: The One Where Ross is Fine | WBEI |
| PA 1-193-100 | FRIENDS: The One with Ross's Tan | WBEI |
| PA 1-206-395 | FRIENDS: The One with the Cake | WBEI |
| PA 1-206-396 | FRIENDS: The One Where Rachel's Sister Babysits | WBEI |
| PA 1-206-397 | FRIENDS: The One with Ross' Grant | WBEI |
| PA 1-206-398 | FRIENDS: The One with the Home Study | WBEI |
| PA 1-206-399 | FRIENDS: The One with the Late Thanksgiving | WBEI |
| PA 1-206-440 | FRIENDS: The One with the Birth Mother | WBEI |
| PA 1-206-441 | FRIENDS: The One Where Chandler Gets Caught | WBEI |
| PA 1-214-056 | FRIENDS: The One Where the Stripper Cries | WBEI |
| PA 1-214-053 | FRIENDS: The One with Phoebe's Wedding | WBEI |
| PA 1-213-062 | FRIENDS: The One Where Joey Speaks French | WBEI |
| PA 1-213-061 | FRIENDS: The One with Princess Consuelo | WBEI |
| PA 1-210-936 | FRIENDS: The One Where Estelle Dies | WBEI |
| PA 1-210-937 | FRIENDS: The One with Rachel's Going Away Party | WBEI |
| PA 1-221-640 | FRIENDS: The One Before the Last One: 10 Years of Friends | WBEI |
| PA 1-221-641 | FRIENDS: The Last One: Part 1-2 | WBEI |
| PA 1-805-639 | FRINGE: Neither Here Nor There | WBEI |
| PA 1-805-612 | FRINGE: Brave New World: Part Two | WBEI |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | HBO |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | HBO |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | HBO |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | HBO |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | HBO |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | HBO |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | HBO |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | HBO |
| PA 1-739-318 | GAME OF THRONES: Baelor | HBO |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | HBO |
| PA 1-783-665 | GIRLS: Pilot | HBO |
| PA 1-783-667 | GIRLS: Vagina Panic | HBO |

| PA 1-783-671 | GIRLS: All Adventurous Women Do | HBO |
|---|---|---|
| PA 1-783-668 | GIRLS: Hannah's Diary | HBO |
| PA 1-783-670 | GIRLS: Hard Being Easy | HBO |
| PA 1-787-444 | GIRLS: The Return | HBO |
| PA 1-788-525 | GIRLS: Welcome to Bushwick a.k.a. The Crackcident | HBO |
| PA 1-795-712 | GIRLS: Leave Me Alone | HBO |
| PA 1-795-711 | GIRLS: She Did | HBO |
| PA 1-805-600 | GOSSIP GIRL: Yes, Then Zero | WBEI |
| PA 1-805-638 | GOSSIP GIRL: The Return Of The Ring | WBEI |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-776-116 | LUCK: Pilot | HBO |
| PA 1-782-832 | LUCK: Ace Meets with a Potential Investor | HBO |
| PA 1-780-562 | LUCK: Ace Meets with a Colleague | HBO |
| PA 1-780-567 | LUCK: Ace Forces Escalante to Swap Jockeys | HBO |
| PA 1-780-565 | LUCK: Ace Pitches a Deal | HBO |
| PA 1-780-566 | LUCK: Ace and Claire Tour a Horse Farm | HBO |
| PA 1-782-657 | LUCK: Ace Counters Smythe's Move with His Own | HBO |
| PA 1-786-977 | LUCK: Two Prized Colts Go Head to Head | HBO |
| PA 1-798-611 | ONE TREE HILL: Asleep At Heaven's Gate | WBEI |

| PA 1-798-612 | ONE TREE HILL: I Can't See You, But I Know You're There | WBEI |
|---|---|---|
| PA 1-798-613 | ONE TREE HILL: The Space In Between | WBEI |
| PA 1-798-616 | ONE TREE HILL: We All Fall Down | WBEI |
| PA 1-798-631 | ONE TREE HILL: Nobody Taught Us To Quit | WBEI |
| PA 1-798-649 | ONE TREE HILL: Not Afraid | WBEI |
| PA 1-798-658 | ONE TREE HILL: Luck Be A Lady | WBEI |
| PA 1-798-664 | ONE TREE HILL: Mouthful Of Diamonds | WBEI |
| PA 1-798-676 | ONE TREE HILL: Between Raising Hell And Amazing Grace | WBEI |
| PA 1-798-689 | ONE TREE HILL: Lists, Plans | WBEI |
| PA 1-798-714 | ONE TREE HILL: Darkness On The Edge Of Town | WBEI |
| PA 1-798-720 | ONE TREE HILL: The Drinks We Drank Last Night | WBEI |
| PA 1-798-727 | ONE TREE HILL: The Other Half Of Me | WBEI |
| PA 1-798-740 | ONE TREE HILL: Holding Out For A Hero | WBEI |
| PA 1-798-741 | ONE TREE HILL: Valentine's Day Is Over | WBEI |
| PA 1-798-742 | ONE TREE HILL: I Think I'm Gonna Like It Here | WBEI |
| PA 1-798-743 | ONE TREE HILL: The Smoker You Drink, The Player You Get | WBEI |
| PA 1-798-744 | ONE TREE HILL: Quiet Little Voices | WBEI |
| PA 1-798-745 | ONE TREE HILL: Where Not To Look For Freedom | WBEI |
| PA 1-798-747 | ONE TREE HILL: The Man Who Sailed Around His Soul | WBEI |
| PA 1-798-771 | ONE TREE HILL: Flightless Bird, American Mouth | WBEI |
| PA 1-798-772 | ONE TREE HILL: This Is My House, This Is My Home | WBEI |
| PA 1-800-081 | SHAMELESS: Pilot | WBEI |
| PA 1-800-079 | SHAMELESS: Frank The Plank Frank | WBEI |
| PA 1-800-078 | SHAMELESS: Aunt Ginger | WBEI |
| PA 1-800-080 | SHAMELESS: Casey Casden | WBEI |
| PA 1-800-077 | SHAMELESS: Three Boys | WBEI |
| PA 1-829-833 | SHAMELESS: Killer Carl | WBEI |
| PA 1-829-835 | SHAMELESS: Frank Gallagher: Loving Husband, Devoted Father | WBEI |
| PA 1-829-832 | SHAMELESS: It's Time To Kill The Turtle | WBEI |
| PA 1-829-837 | SHAMELESS: But At Last Came A Knock | WBEI |

| | | |
|---|---|---|
| PA 1-829-831 | SHAMELESS: Nana Gallagher Had An Affair | WBEI |
| PA 1-829-834 | SHAMELESS: Daddyz Girl | WBEI |
| PA 1-800-083 | SHAMELESS: Father Frank, Full Of Grace | WBEI |
| PA 1-266-673 | SMALLVILLE: Pilot | WBEI |
| PA 1-266-674 | SMALLVILLE: Metamorphosis | WBEI |
| PA 1-266-676 | SMALLVILLE: Hothead | WBEI |
| PA 1-266-677 | SMALLVILLE: X-ray | WBEI |
| PA 1-266-678 | SMALLVILLE: Cool | WBEI |
| PA 1-266-679 | SMALLVILLE: Hourglass | WBEI |
| PA 1-266-681 | SMALLVILLE: Craving | WBEI |
| PA 1-266-675 | SMALLVILLE: Jitters | WBEI |
| PA 1-266-680 | SMALLVILLE: Rogue | WBEI |
| PA 1-266-682 | SMALLVILLE: Shimmer | WBEI |
| PA 1-266-683 | SMALLVILLE: Hug | WBEI |
| PA 1-266-684 | SMALLVILLE: Leech | WBEI |
| PA 1-266-685 | SMALLVILLE: Kinetic | WBEI |
| PA 1-266-686 | SMALLVILLE: Zero | WBEI |
| PA 1-266-687 | SMALLVILLE: Nicodemus | WBEI |
| PA 1-266-688 | SMALLVILLE: Stray | WBEI |
| PA 1-266-689 | SMALLVILLE: Reaper | WBEI |
| PA 1-266-690 | SMALLVILLE: Drone | WBEI |
| PA 1-266-691 | SMALLVILLE: Crush | WBEI |
| PA 1-266-692 | SMALLVILLE: Obscura | WBEI |
| PA 1-266-693 | SMALLVILLE: Tempest | WBEI |
| PA 1-266-651 | SMALLVILLE: Vortex | WBEI |
| PA 1-266-652 | SMALLVILLE: Heat | WBEI |
| PA 1-266-653 | SMALLVILLE: Duplicity | WBEI |
| PA 1-266-654 | SMALLVILLE: Red | WBEI |
| PA 1-266-655 | SMALLVILLE: Nocturne | WBEI |
| PA 1-266-672 | SMALLVILLE: Redux | WBEI |
| PA 1-266-656 | SMALLVILLE: Lineage | WBEI |
| PA 1-266-657 | SMALLVILLE: Ryan | WBEI |
| PA 1-266-658 | SMALLVILLE: Dichotic | WBEI |
| PA 1-266-659 | SMALLVILLE: Skinwalkers | WBEI |
| PA 1-266-660 | SMALLVILLE: Visage | WBEI |
| PA 1-266-662 | SMALLVILLE: Insurgence | WBEI |
| PA 1-266-661 | SMALLVILLE: Suspect | WBEI |
| PA 1-266-663 | SMALLVILLE: Rush | WBEI |
| PA 1-266-664 | SMALLVILLE: Prodigal | WBEI |
| PA 1-266-665 | SMALLVILLE: Fever | WBEI |

| | | |
|---|---|---|
| PA 1-266-666 | SMALLVILLE: Rosetta | WBEI |
| PA 1-266-667 | SMALLVILLE: Visitor | WBEI |
| PA 1-315-090 | SMALLVILLE: Precipice | WBEI |
| PA 1-266-668 | SMALLVILLE: Witness | WBEI |
| PA 1-266-669 | SMALLVILLE: Accelerate | WBEI |
| PA 1-266-670 | SMALLVILLE: Calling | WBEI |
| PA 1-266-671 | SMALLVILLE: Exodus | WBEI |
| PA 1-267-611 | SMALLVILLE: Exile | WBEI |
| PA 1-267-610 | SMALLVILLE: Phoenix | WBEI |
| PA 1-267-613 | SMALLVILLE: Extinction | WBEI |
| PA 1-267-612 | SMALLVILLE: Slumber | WBEI |
| PA 1-267-616 | SMALLVILLE: Perry | WBEI |
| PA 1-267-615 | SMALLVILLE: Relic | WBEI |
| PA 1-267-614 | SMALLVILLE: Magnetic | WBEI |
| PA 1-267-609 | SMALLVILLE: Shattered | WBEI |
| PA 1-267-608 | SMALLVILLE: Asylum | WBEI |
| PA 1-267-607 | SMALLVILLE: Whisper | WBEI |
| PA 1-267-597 | SMALLVILLE: Delete | WBEI |
| PA 1-267-595 | SMALLVILLE: Hereafter | WBEI |
| PA 1-267-598 | SMALLVILLE: Velocity | WBEI |
| PA 1-267-596 | SMALLVILLE: Obsession | WBEI |
| PA 1-267-599 | SMALLVILLE: Resurrection | WBEI |
| PA 1-267-600 | SMALLVILLE: Crisis | WBEI |
| PA 1-267-601 | SMALLVILLE: Legacy | WBEI |
| PA 1-267-602 | SMALLVILLE: Truth | WBEI |
| PA 1-267-603 | SMALLVILLE: Memoria | WBEI |
| PA 1-267-604 | SMALLVILLE: Talisman | WBEI |
| PA 1-267-605 | SMALLVILLE: Forsaken | WBEI |
| PA 1-267-606 | SMALLVILLE: Covenant | WBEI |
| PA 1-324-964 | SMALLVILLE: Crusade | WBEI |
| PA 1-325-010 | SMALLVILLE: Gone | WBEI |
| PA 1-325-012 | SMALLVILLE: Façade | WBEI |
| PA 1-325-011 | SMALLVILLE: Devoted | WBEI |
| PA 1-325-013 | SMALLVILLE: Run | WBEI |
| PA 1-325-014 | SMALLVILLE: Transference | WBEI |
| PA 1-325-015 | SMALLVILLE: Jinx | WBEI |
| PA 1-325-016 | SMALLVILLE: Spell | WBEI |
| PA 1-346-766 | SMALLVILLE: Bound | WBEI |
| PA 1-325-018 | SMALLVILLE: Scare | WBEI |
| PA 1-325-019 | SMALLVILLE: Unsafe | WBEI |

| | | |
|---|---|---|
| PA 1-325-020 | SMALLVILLE: Pariah | WBEI |
| PA 1-325-021 | SMALLVILLE: Recruit | WBEI |
| PA 1-325-022 | SMALLVILLE: Krypto | WBEI |
| PA 1-325-023 | SMALLVILLE: Sacred | WBEI |
| PA 1-325-024 | SMALLVILLE: Lucy | WBEI |
| PA 1-325-025 | SMALLVILLE: Onyx | WBEI |
| PA 1-325-026 | SMALLVILLE: Spirit | WBEI |
| PA 1-267-455 | SMALLVILLE: Blank | WBEI |
| PA 1-325-027 | SMALLVILLE: Ageless | WBEI |
| PA 1-325-028 | SMALLVILLE: Forever | WBEI |
| PA 1-325-029 | SMALLVILLE: Commencement | WBEI |
| PA 1-651-857 | SMALLVILLE: Arrival | WBEI |
| PA 1-651-860 | SMALLVILLE: Mortal | WBEI |
| PA 1-651-861 | SMALLVILLE: Hidden | WBEI |
| PA 1-651-872 | SMALLVILLE: Aqua | WBEI |
| PA 1-651-863 | SMALLVILLE: Thirst | WBEI |
| PA 1-651-864 | SMALLVILLE: Exposed | WBEI |
| PA 1-651-867 | SMALLVILLE: Splinter | WBEI |
| PA 1-651-870 | SMALLVILLE: Solitude | WBEI |
| PA 1-651-868 | SMALLVILLE: Lexmas | WBEI |
| PA 1-651-865 | SMALLVILLE: Fanatic | WBEI |
| PA 1-651-858 | SMALLVILLE: Lockdown | WBEI |
| PA 1-651-847 | SMALLVILLE: Reckoning | WBEI |
| PA 1-651-849 | SMALLVILLE: Vengeance | WBEI |
| PA 1-651-852 | SMALLVILLE: Tomb | WBEI |
| PA 1-651-844 | SMALLVILLE: Cyborg | WBEI |
| PA 1-651-855 | SMALLVILLE: Hypnotic | WBEI |
| PA 1-651-842 | SMALLVILLE: Void | WBEI |
| PA 1-651-848 | SMALLVILLE: Fragile | WBEI |
| PA 1-651-853 | SMALLVILLE: Mercy | WBEI |
| PA 1-651-845 | SMALLVILLE: Fade | WBEI |
| PA 1-651-856 | SMALLVILLE: Oracle | WBEI |
| PA 1-651-871 | SMALLVILLE: Vessel | WBEI |
| PA 1-634-173 | SMALLVILLE: Zod | WBEI |
| PA 1-634-172 | SMALLVILLE: Sneeze | WBEI |
| PA 1-634-171 | SMALLVILLE: Wither | WBEI |
| PA 1-634-168 | SMALLVILLE: Arrow | WBEI |
| PA 1-634-164 | SMALLVILLE: Reunion | WBEI |
| PA 1-634-163 | SMALLVILLE: Fallout | WBEI |
| PA 1-634-162 | SMALLVILLE: Rage | WBEI |

| | | |
|---|---|---|
| PA 1-634-161 | SMALLVILLE: Static | WBEI |
| PA 1-634-166 | SMALLVILLE: Subterranean | WBEI |
| PA 1-634-160 | SMALLVILLE: Hydro | WBEI |
| PA 1-634-159 | SMALLVILLE: Justice | WBEI |
| PA 1-634-158 | SMALLVILLE: Labyrinth | WBEI |
| PA 1-634-157 | SMALLVILLE: Crimson | WBEI |
| PA 1-634-156 | SMALLVILLE: Trespass | WBEI |
| PA 1-634-155 | SMALLVILLE: Freak | WBEI |
| PA 1-634-154 | SMALLVILLE: Promise | WBEI |
| PA 1-634-153 | SMALLVILLE: Combat | WBEI |
| PA 1-634-152 | SMALLVILLE: Progeny | WBEI |
| PA 1-634-151 | SMALLVILLE: Nemesis | WBEI |
| PA 1-634-149 | SMALLVILLE: Noir | WBEI |
| PA 1-634-150 | SMALLVILLE: Prototype | WBEI |
| PA 1-634-174 | SMALLVILLE: Phantom | WBEI |
| PA 1-653-321 | SMALLVILLE: Bizarro | WBEI |
| PA 1-653-322 | SMALLVILLE: Kara | WBEI |
| PA 1-653-323 | SMALLVILLE: Fierce | WBEI |
| PA 1-653-320 | SMALLVILLE: Cure | WBEI |
| PA 1-653-326 | SMALLVILLE: Action | WBEI |
| PA 1-653-324 | SMALLVILLE: Lara | WBEI |
| PA 1-653-318 | SMALLVILLE: Wrath | WBEI |
| PA 1-653-296 | SMALLVILLE: Blue | WBEI |
| PA 1-653-293 | SMALLVILLE: Gemini | WBEI |
| PA 1-653-287 | SMALLVILLE: Persona | WBEI |
| PA 1-653-314 | SMALLVILLE: Siren | WBEI |
| PA 1-653-313 | SMALLVILLE: Fracture | WBEI |
| PA 1-653-308 | SMALLVILLE: Hero | WBEI |
| PA 1-653-328 | SMALLVILLE: Traveler | WBEI |
| PA 1-653-304 | SMALLVILLE: Veritas | WBEI |
| PA 1-653-303 | SMALLVILLE: Descent | WBEI |
| PA 1-611-553 | SMALLVILLE: Sleeper | WBEI |
| PA 1-653-300 | SMALLVILLE: Apocalypse | WBEI |
| PA 1-653-327 | SMALLVILLE: Quest | WBEI |
| PA 1-653-316 | SMALLVILLE: Arctic | WBEI |
| PA 1-689-438 | STAR WARS: THE CLONE WARS: Holocron Heist | Lucasfilm Ltd.  ("LFL") |
| PA 1-689-462 | STAR WARS: THE CLONE WARS: Cargo of Doom | LFL |
| PA 1-689-473 | STAR WARS: THE CLONE WARS: Senate Spy | LFL |

| PA 1-689-490 | STAR WARS: THE CLONE WARS: Landing at Point Rain | LFL |
|---|---|---|
| PA 1-689-505 | STAR WARS: THE CLONE WARS: Legacy of Terror | LFL |
| PA 1-689-472 | STAR WARS: THE CLONE WARS: Brain Invaders | LFL |
| PA 1-689-487 | STAR WARS: THE CLONE WARS: Grievous Intrigue | LFL |
| PA 1-689-460 | STAR WARS: THE CLONE WARS: The Mandalore Plot | LFL |
| PA 1-689-492 | STAR WARS: THE CLONE WARS: Voyage of Temptation | LFL |
| PA 1-689-447 | STAR WARS: THE CLONE WARS: Duchess of Mandalore | LFL |
| PA 1-689-437 | STAR WARS: THE CLONE WARS: Senate Murders | LFL |
| PA 1-715-068 | STAR WARS: THE CLONE WARS: Death Trap | LFL |
| PA 1-711-844 | STAR WARS: THE CLONE WARS: Lethal Trackdown | LFL |
| PA 1-744-569 | STAR WARS: THE CLONE WARS: Clone Cadets | LFL |
| PA 1-753-793 | STAR WARS: THE CLONE WARS: Arc Troopers | LFL |
| PA 1-744-572 | STAR WARS: THE CLONE WARS: Supply Lines | LFL |
| PA 1-741-283 | STAR WARS: THE CLONE WARS: Sphere Of Influence | LFL |
| PA 1-741-284 | STAR WARS: THE CLONE WARS: Corruption | LFL |
| PA 1-744-048 | STAR WARS: THE CLONE WARS: The Academy | LFL |
| PA 1-741-280 | STAR WARS: THE CLONE WARS: Assassin | LFL |
| PA 1-775-125 | STAR WARS: THE CLONE WARS: Evil Plans | LFL |
| PA 1-780-441 | STAR WARS: THE CLONE WARS: Hunt For Ziro | LFL |
| PA 1-780-410 | STAR WARS: THE CLONE WARS: Heroes On Both Sides | LFL |
| PA 1-780-438 | STAR WARS: THE CLONE WARS: Pursuit Of Peace | LFL |
| PA 1-780-057 | STAR WARS: THE CLONE WARS: Nightsisters | LFL |
| PA 1-805-507 | THE MENTALIST: Scarlet Ribbons | WBEI |
| PA 1-805-644 | THE MENTALIST: The Crimson Hat | WBEI |

| | | |
|---|---|---|
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CBS Studios Inc. ("CBS") |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CBS |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CBS |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CBS |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CBS |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CBS |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CBS |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CBS |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CBS |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CBS |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CBS |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CBS |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CBS |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CBS |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CBS |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CBS |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CBS |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CBS |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CBS |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CBS |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CBS |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CBS |
| PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | WBEI |
| PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | WBEI |
| PA 1-653-459 | TRUE BLOOD: Strange Love | HBO |
| PA 1-653-432 | TRUE BLOOD: The First Taste | HBO |
| PA 1-653-964 | TRUE BLOOD: Mine | HBO |
| PA 1-653-970 | TRUE BLOOD: Escape from Dragon House | HBO |
| PA 1-653-971 | TRUE BLOOD: Sparks Fly Out | HBO |
| PA 1-653-570 | TRUE BLOOD: Cold Ground | HBO |
| PA 1-653-568 | TRUE BLOOD: Burning House of Love | HBO |
| PA 1-662-013 | TRUE BLOOD: The Fourth Man in the Fire | HBO |
| PA 1-661-869 | TRUE BLOOD: Plaisir D'Amour | HBO |
| PA 1-658-084 | TRUE BLOOD: I Don't Wanna Know | HBO |
| PA 1-663-958 | TRUE BLOOD: To Love is to Bury | HBO |
| PA 1-656-238 | TRUE BLOOD: You'll Be the Death of Me | HBO |
| PA 1-664-352 | TRUE BLOOD: Nothing but the Blood | HBO |

| PA 1-666-595 | TRUE BLOOD: Keep This Party Going | HBO |
|---|---|---|
| PA 1-666-589 | TRUE BLOOD: Scratches | HBO |
| PA 1-666-598 | TRUE BLOOD: Shake and Fingerpop | HBO |
| PA 1-666-592 | TRUE BLOOD: Never Let Me Go | HBO |
| PA 1-666-591 | TRUE BLOOD: Hard-Hearted Hannah | HBO |
| PA 1-667-523 | TRUE BLOOD: Release Me | HBO |
| PA 1-666-586 | TRUE BLOOD: Timebomb | HBO |
| PA 1-666-583 | TRUE BLOOD: I Will Rise Up | HBO |
| PA 1-666-596 | TRUE BLOOD: New World in My View | HBO |
| PA 1-663-479 | TRUE BLOOD: Frenzy | HBO |
| PA 1-667-580 | TRUE BLOOD: Beyond Here Lies Nothin' | HBO |
| PA 1-688-635 | TRUE BLOOD: Bad Blood | HBO |
| PA 1-693-287 | TRUE BLOOD: Beautifully Broken | HBO |
| PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | HBO |
| PA 1-697-287 | TRUE BLOOD: 9 Crimes | HBO |
| PA 1-704-298 | TRUE BLOOD: Trouble | HBO |
| PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | HBO |
| PA 1-699-150 | TRUE BLOOD: Hitting the Ground | HBO |
| PA 1-716-112 | TRUE BLOOD: Night on the Sun | HBO |
| PA 1-716-111 | TRUE BLOOD:: Everything is Broken | HBO |
| PA 1-716-116 | TRUE BLOOD: I Smell a Rat | HBO |
| PA 1-716-110 | TRUE BLOOD: Fresh Blood | HBO |
| PA 1-716-114 | TRUE BLOOD: Evil is Going On | HBO |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |